

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00320-CV

**IN THE INTEREST OF I.V.B.**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01118
Honorable Richard Garcia, Associate Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs of appeal shall be assessed against appellant.

SIGNED July 23, 2014.

_____
Karen Angelini, Justice